# United States Court of Appeals

### For the Eighth Circuit

_____

No. 13-3776

_____

Theo Smith

*Plaintiff - Appellant*

v.

Ghana Commercial Bank, Ltd.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: July 23, 2014
Filed: August 7, 2014
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Theo Smith appeals from an order directing him to pay sanctions under Federal Rule of Civil Procedure 11. Upon careful review, we find no abuse of discretion. See Dunbar v. Wells Fargo Bank, N.A., 709 F.3d 1254, 1258 (8th Cir. 2013) (standard of review; history of frivolous litigation is relevant factor in decision to impose sanctions). Accordingly, we affirm. See 8th Cir. R. 47B.

_____